**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ROBERT L. SMITH**                                                                               **PLAINTIFF**

v.                                    **CASE NO. 4:16-CV-00084 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                  **DEFENDANT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 11] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted. Accordingly, the commissioner's motion to dismiss [Doc. No. 7] is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of August 2016.

_____
UNITED STATES DISTRICT JUDGE